IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ELIAS LATOUR,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>LENDING CLUB CORPORATION,<br><br>　　　　　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:19-cv-42-DB-EJF<br><br>District Judge Dee Benson<br><br>Magistrate Judge Evelyn J. Furse |

Before the court is the Report and Recommendation issued by the magistrate judge on March 6, 2020, (Dkt. No. 28,) recommending that the court grant Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint with prejudice. (Dkt. No. 22.)

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b). As of the date of this Order, no object has been filed to the Report and Recommendation.

The court has completed de novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation. The analysis and conclusion of the magistrate judge are correct, and the Report and Recommendation will be adopted.

Accordingly, IT IS HEREBY ORDERED that the Report and Recommendation of the magistrate judge (Dkt. No. 28) is ADOPTED. Defendant's Motion (Dkt. No. 22) is hereby GRANTED, and the action is DISMISSED with prejudice.

DATED this 30th day of March, 2020.

BY THE COURT

District Judge Dee Benson